FILED

05/21/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 20-0022

IN THE SUPREME COURT OF THE STATE OF MONTANA

Supreme Court Cause No. DA 20-0022

ERIC VALLEJO,

              Petitioner and Appellant,

   v.

STATE OF MONTANA,
MONTANA DEPARTMENT OF
JUSTICE
MOTOR VEHICLE DIVISION,

              Respondent and Appellee.

ORDER FOR THIRD EXTENSION
OF TIME FOR APPELLANT TO
FILE OPENING BRIEF

IT IS HEREBY ORDERED that the deadline for the Appellant to file his

opening brief is extended to **May 30, 2020**.

ELECTRONICALLY SIGNED AND DATED BELOW

cc:    Montana Attorney General Tim Fox, Attorney for Appellee
        Douglas Christian Schaller, Missoula City Attorney
        Lowy Law, Attorney for Appellant

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
May 21 2020